DISTRICT OF OREGON, ss:          AFFIDAVIT OF TRAVIS VAS          3:25-mj-00285

### Affidavit in Support of a Criminal Complaint and Arrest Warrant

I, Travis Vas, being duly sworn, do hereby depose and state as follows:

### Introduction and Agent Background

1.       I am employed as a Special Agent with the Federal Protective Service (FPS), assigned to the Region 6 Investigations Branch in Saint Louis, Missouri.   I have been an Agent with the FPS since April 2013. As part of my daily duties as an FPS Special Agent, I investigate general crimes.   I graduated from the Federal Law Enforcement Training Center's Criminal Investigator Training Program in September 2013.   I have experience investigating crimes against federal employees and federal property, including threats and assaults on federal government employees.

2.       I submit this affidavit in support of a criminal complaint and arrest warrant for JAIRIN ANZALDUA-ERVIN for Assault on a Federal Officer, in violation of 18 U.S.C. § 111(a)(1).   As set forth below, I have probable cause to believe that JAIRIN ANZALDUA-ERVIN committed the crime of felony Assault on a Federal Officer with physical contact, in violation of 18 U.S.C. § 111(a)(1).

3.       The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, my review of records related to this investigation, communication with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in

**Affidavit of Travis Vas**

support of the application for a complaint and an arrest warrant, it does not set forth each fact that I or others have learned during this investigation.

## Applicable Laws

4.     18 U.S.C. § 111(a)(1) makes it an offense to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in 18 U.S.C. § 1114 while engaged in or on account of the performance of official duties.   Persons designated in § 1114 include any officer or employee of the United States or of any agency in any branch of the United States government while such officer or employee is engaged in or on account of the performance of official duties, and any person assisting such an officer or employee in the performance of official duties.   Under § 111(a), simple assault is a misdemeanor, but where the assaultive acts involve physical contact with the victim, the offense is a felony punishable by imprisonment up to 8 years.   Assaulting a federal officer which results in bodily injury is punishable by up to 20 years' imprisonment.   The statute does not define "bodily injury" however 18 U.S.C. § 1365(h)(4) has been interpreted to define bodily injury to mean: (A) a cut, abrasion, or bruise, (B) physical pain, or (C) any other injury to the body, no matter how temporary.

## Statement of Probable Cause

### June 2025: Protests at the Portland ICE Building

5.     Since June 4, 2025, protests have occurred at the U.S. Immigration and Customs Enforcement (ICE) Portland Field Office located at 4310 South Macadam Ave in Portland, Oregon. During daylight hours, some of the attendees at the demonstration have harassed both ICE clients and employees by following them with cameras making disparaging remarks and threatening statements, including stating that that they know where the target lives or that they

will find the target of the harassment. Many of these individuals dress in all black clothing, commonly referred to as "black bloc." Black bloc can prevent identification of individual actors by authorities. After nightfall, the attendees generally become more aggressive, damaging personal and government property, and throwing items toward federal law enforcement officers working at the building. The violence toward officers has included discharging pepper spray at officers as well as throwing rocks, trash, and bricks pulled from the ICE facility's driveway.

6.     On October 4, 2025, at approximately 1:00 PM, there were over 100-individuals that gathered to protest at Elizabeth Caruthers Park to the north of the ICE facility.   These individuals then marched down to the north side of the ICE facility along South Bancroft Street. Many of the individuals trespassed on the vehicle entrance of the ICE facility used for official vehicles to come in and out of the ICE facility. A decision was made to clear the trespassers who were in the vehicle entrance of the ICE facility. Department of Homeland Security law enforcement personnel deployed outside the gates of the ICE facility to remove individuals that were trespassing. Prior to law enforcement personnel leaving the ICE facility, a long-range-acoustic device (LRAD) warning was given by FPS for individuals to leave Federal property and clear the vehicle entrance of the ICE facility.

7.     Victim (V), an FPS Inspector, began to physical clear individuals off Federal property toward South Bancroft Street. V used his empty hand to push a subject, later identified as JAIRIN ANZALDUA-ERVIN, away from Federal property. V also gave JAIRIN ANZALDUA-ERVIN verbal commands to "move out of the driveway" or "get back." JAIRIN ANZALDUA-ERVIN, using one-hand, shoved V's hand away once. V unholstered his MK-9 aerosol cannister and gave another command to "get back" and pushed JAIRIN ANZALDUA-

**Affidavit of Travis Vas**                                                                                     **Page  3**

ERVIN a second time. JAIRIN ANZALDUA-ERVIN threw an object, later identified as a water bottle, striking V's upper body. The water bottle could not be collected as evidence due to size of the crowd in the immediate area surrounding the ICE facility along South Bancroft Street. V sprayed a burst, from their MK-9 aerosol cannister, at JAIRIN ANZALDUA-ERVIN. JAIRIN ANZALDUA-ERVIN was taken into custody by other law enforcement personnel in the immediate area. JAIRIN ANZALDUA-ERVIN was easily identifiable by his white face mask, dark gray sweatshirt, light gray pants, and black Nike sneakers.

8.    On October 4, 2025, I reviewed Video Surveillance System (VSS) footage of the incident. ICE facility Camera C1-E19 - Front of Gate House and C1-E15 - North Building captures footage of the assault on V. Below are screenshots of the surveillance.



JAIRIN ANZALDUA-ERVIN in front of ICE vehicle entrance, on federal property.



V physically moves JAIRIN ANZALDUA-ERVIN away from ICE vehicle entrance.



JAIRIN ANZALDUA-ERVIN about to throw water bottle at V.



JAIRIN ANZALDUA-ERVIN throws water bottle at V.



V uses MK-9 aerosol cannister against JAIRIN ANZALDUA-ERVIN.



JAIRIN ANZALDUA-ERVIN taken into custody.

**Affidavit of Travis Vas**                                   **Page 7**

9.      On October 4, 2025, at about 3:55 PM, FPS and DEA agents interviewed V. V told the Special Agents, his team and him deployed from the Portland ICE facility at 4310 South Macadam Avenue to clear the vehicle entrance in front of the ICE facility at approximately 1:00 PM. While attempting to clear the ICE facility vehicle entrance, V had to physically move JAIRIN ANZALDUA-ERVIN at least twice after he failed to respond to V's verbal commands. In response, JAIRIN ANZALDUA-ERVIN threw an object, described by V as large and heavy, striking V's upper body. V used a MK-9 against JAIRIN ANZALDUA-ERVIN and JAIRIN ANZALDUA-ERVIN was taken into custody by another law enforcement officer. When JAIRIN ANZALDUA-ERVIN was taken into custody and being processed inside the ICE facility, he asked to speak to an attorney.

10.      On October 4, 2025, at about 5:03 PM, FPS and DEA agents interviewed Bureau of Prisons Officer Witness 1. Officer Witness 1 told the Special Agents, on October 4, 2025, at approximately 1:00 PM, he deployed outside the ICE facility to remove individuals from Federal property. Officer Witness 1 confirmed he observed JAIRIN ANZALDUA-ERVIN on Federal property and V push JAIRIN ANZALDUA-ERVIN toward South Bancroft Street.   Officer Witness 1 observed JAIRIN ANZALDUA-ERVIN throw a water bottle "forcefully" at V and saw V deploy a MK-9 against JAIRIN ANZALDUA-ERVIN. Officer Witness 1 arrested JAIRIN ANZALDUA-ERVIN and during that arrest, JAIRIN ANZALDUA-ERVIN allegedly spontaneously uttered something to the effect of, "It was a stupid decision."

11.      A review of JAIRIN ANZALDUA-ERVIN's criminal history revealed no arrests or convictions.

**Affidavit of Travis Vas**                                                               **Page  8**

## Conclusion

12.     Based on the foregoing, I have probable cause to believe that JAIRIN ANZALDUA-ERVIN committed felony Assault on a Federal Officer, with physical contact, in violation of 18 U.S.C § 111.   I therefore request that the Court issue a criminal complaint and an arrest warrant for JAIRIN ANZALDUA-ERVIN.

13.     Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by an Assistant United States Attorney, and the AUSA advised me that the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.


_By phone pursuant to Fed. R. Crim. P. 4.1_
Travis Vas
Special Agent, FPS


Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on

October 5, 2025
_____ at _12:00 pm_____ .


_____
HONORABLE JOLIE A. RUSSO
United States Magistrate Judge


**Affidavit of Travis Vas**                                      **Page  9**