UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-cr-00444-AB |
| v. | **INFORMATION** |
| **JAIRIN ANZALDUA-ERVIN,** | 18 U.S.C. § 111(a)(1) |
| **Defendant.** | |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT 1**</u>
**(Assaulting a Federal Officer)**
**(18 U.S.C. § 111(a)(1))**

On or about October 4, 2025, in the District of Oregon, defendant **JAIRIN ANZALDUA-ERVIN**, did forcibly assault Adult Victim 1 (AV1), a person designated as a federal officer under 18 U.S.C. § 1114, while AV1 was engaged in, and on account of the performance of AV1's official duties;

In violation of Title 18, United States Code, Section 111(a)(1), a class A misdemeanor.

Dated: October 28, 2025.                           Respectfully submitted,

                                                                 SCOTT E. BRADFORD
                                                                 United States Attorney

                                                                 /s/ *Christopher Cardani*
                                                                 CHRISTOPHER CARDANI
                                                                 Assistant United States Attorney